IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 8:22-cv-01433-KKM-MRM

ECLIPSE SPORTSWIRE,

    Plaintiff,

v.

THE SPORTS MALL, LLC d/b/a
SPORTSCOLLECTIBLES.COM

    Defendant.

## **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Plaintiff Eclipse Sportswire ("Plaintiff") hereby files this response to the Court's April 11, 2024 Order to Show Cause (the "Order") [D.E. 76], and states as follows:

1. The Order requires Plaintiff to show cause why the Court should not consider Defendant's motion for attorneys' fees [D.E. 74] and bill of costs [D.E. 75] as unopposed.

2. As the Court points out, Defendant's motion for attorneys' fees and bill of costs were each filed on March 27, 2024, with Plaintiff's responses thereto due on or before April 10, 2024.

3. Somewhat embarrassingly, undersigned counsel mis-calendared the response date to the motion for attorneys' fees as being April 12, 2024 (believing

that the motion had been filed on Friday, April 29, 2024).[1]

4. As a result, undersigned counsel was shocked when the Order was entered and then confirmed that the motion for attorneys' fees had been filed on March 27, 2024.

5. Plaintiff's response to the motion for attorneys' fees had already largely been drafted, and undersigned counsel was performing a final review/editing the introduction section when the Order was entered.

6. As soon as the Order was entered, undersigned counsel acted expeditiously to finalize the opposition memorandum which has now been filed (undersigned counsel was in a mediation in Palm Beach Circuit Court which delayed the ability to finalize the opposition earlier today). Plaintiff therefore asks that the Court consider the substance of the opposition given undersigned counsel's mistake.

7. It was always Plaintiff's intention to oppose the motion for attorneys' fees.

Dated: April 11, 2024.

COPYCAT LEGAL PLLC
3111 N. University Drive
Suite 301
Coral Springs, FL 33065
Telephone: (877) 437-6228
dan@copycatlegal.com
lauren@copycatlegla.com

By: /s/ Daniel DeSouza_____
    Daniel DeSouza, Esq.

---

[1] Plaintiff does not oppose the amounts sought in the Bill of Costs.

Florida Bar No.:  19291<br>
Lauren Hausman, Esq.<br>
Florida Bar No.: 1035947

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza___
Daniel DeSouza