IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 8:22-cv-01433-KKM-MRM

ECLIPSE SPORTSWIRE,

    Plaintiff,

v.

THE SPORTS MALL, LLC d/b/a
SPORTSCOLLECTIBLES.COM

    Defendant.

## MOTION FOR RECONSIDERATION OF ORDER DENYING MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFF

Daniel DeSouza, Esq., James D'Loughy, Esq.,[1] and Lauren Hausman, Esq. ("Movants") of CopyCat Legal PLLC hereby file this motion for reconsideration of the Court's March 31, 2025 Endorsed Order [D.E. 86] denying Movants' Motion to Withdraw as Counsel (the "Motion to Withdraw") [D.E. 85], and state as follows:

1. The Endorsed Order denied the Motion to Withdraw without prejudice on the basis that a corporate entity must appear in federal court through counsel.

---

[1] On December 5, 2023, Mr. D'Loughy filed a Notice of Withdrawal as Counsel of Record [D.E. 65], noting that he had resigned from the law firm of CopyCat Legal PLLC and requesting withdrawal as counsel for Plaintiff. It does not appear the Court or the Clerk formally approved that withdrawal and therefore request is likewise made here on behalf of Mr. D'Loughy.

2. Plaintiff Eclipse Sportswire ("Plaintiff"), however, is *not* a corporate entity. As stated in ¶ 1 of the First Amended Complaint [D.E. 25], "Plaintiff is an unincorporated business…."

3. "Eclipse Sportswire," at least insofar as this lawsuit is concerned, is registered with the Maryland Secretary of State as a sole proprietorship and/or d/b/a of Scott Serio (an individual):[2]



---

[2] A true and correct printout of the sole proprietorship registration is attached hereto as Exhibit "A."

4. It does appear that Mr. Serio (and/or Shannon Hodgson) formed "Eclipse Sportswire LLC" as a Maryland limited liability company ***on November 15, 2024***:

**ECLIPSE SPORTSWIRE LLC: W25659863**

General Information | Filing History | Annual Report/Personal Property

**General Information**

| | |
|---|---|
| Department ID Number: | W25659863 |
| Business Name: | ECLIPSE SPORTSWIRE LLC |
| Principal Office: | 7 SPRING KNOLL CT<br>COLORA MD 21917 |
| Resident Agent: | SHANNON HODGSON<br>7 SPRING KNOLL CT<br>COLORA MD 21917 |
| Status: | ACTIVE |
| Good Standing: | THIS BUSINESS IS IN GOOD STANDING |
| Business Type: | DOMESTIC LLC |
| Business Code: | 20 ENTITIES OTHER THAN CORPORATIONS |
| Date of Formation/Registration: | 11/15/2024 |

5. Eclipse Sportswire LLC, however, was never the plaintiff in this lawsuit and has not been substituted as the plaintiff herein.

6. As a result, Mr. Serio – through his sole proprietorship/registered d/b/a – remains the plaintiff and is capable of representing himself in this action.

7. Movants therefore request that the Court reconsider the Endorsed Order and grant the Motion to Withdraw.

| | |
|---|---|
| Dated: March 31, 2025. | COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com<br>james@copycatlegal.com<br>lauren@copycatlegal.com<br><br>By: /s/ Daniel DeSouza, Esq._____<br>    Daniel DeSouza, Esq.<br>    Florida Bar No.: 19291<br>    James D'Loughy, Esq.<br>    Florida Bar No.: 0052700<br>    Lauren Hausman, Esq.<br>    Florida Bar No.: 1035947 |

## CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record. I further certify that, on March 31, 2025, the foregoing document was served via US Mail on Plaintiff at 7 Spring Knoll CT, Colora, MD 21917.

/s/ Daniel DeSouza___
Daniel DeSouza, Esq.