# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SCOTT SERIO d/b/a
ECLIPSE SPORTSWIRE,

    Plaintiff,

v.

CASE NO.: 8:22-cv-01433-KKM-NHA

THE SPORTS MALL, LLC d/b/a
SPORTSCOLLECTIBLES.COM

    Defendant.

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to Local Rule 2.02(a), a formal notice is hereby given that the undersigned attorney, Jason P. Stearns, Esq., will serve as Lead Counsel for Plaintiff, Scott Serio d/b/a Eclipse Sportswire, in the above-styled action:

    Jason P. Stearns
    SMITH, GAMBRELL & RUSSELL, LLP
    201 North Franklin Street, Suite 3550
    Tampa, Florida 33602
    Telephone: (813) 488-2920
    Facsimile: (813) 488-2960
    Email:    jstearns@sgrlaw.com
               aeperez@sgrlaw.com

Dated: June 16, 2025

                                      Respectfully submitted,

                                      */s/ Jason P. Stearns*
                                      Jason P. Stearns, FL Bar No. 59550

SMITH, GAMBRELL & RUSSELL, LLP
201 North Franklin Street, Suite 3550
Tampa, Florida 33602
Telephone: (813) 488-2920
Facsimile: (813) 488-2960
Email:     jstearns@sgrlaw.com
           aeperez@sgrlaw.com

*Attorney for Plaintiff, Scott Serio d/b/a Eclipse Sportswire*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and complete copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system on this 16th day of June, 2025, which will generate notification to all counsel of record.

*/s/ Jason P. Stearns*
Attorney

SGR/80452593.1