UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CLERK'S MINUTES**

---

The Honorable Natalie Hirt Adams
Courtroom 11A
Serio v. The Sports Mall, LLC
8:22-cv-01433-KKM-NHA

---

| | |
|---|---|
| **Date**: July 8, 2025 | **Court Reporter**: Digital |
| | **Interpreter**: N/A |
| **Time**: 8:29 AM–8:32 AM<br>    9:22 AM- 9:25 AM<br>    9:28 AM – 9:39 AM \| Total: 1 Hour and 11 mins | **Deputy Clerk**: Clara Reaves |

| **Plaintiff's Counsel** | **Defense Counsel** |
|---|---|
| Jason Stearns, Pl. | John Timmerman, Def. |

### Motion Hearing

All counsel present.

Matter is before the Court on Defendant's supplemental motion regarding attorney's fees (Dkt. 83).

Court provides initial views on fee dispute and takes brief recess to allow parties to confer.

Court back in session. Parties propose settlement agreement on fees requiring Court's continued jurisdiction to enforce. Specifically, they propose a settlement with the following terms:
- Plaintiff to pay Defendant $75,000 inclusive of all fees, costs, and interest.
- Payments to be made in $5000 increments on the first of each month, beginning September 1, 2025.
- Missed payments will prompt a 5-business-day notice/cure period
- A default beyond the 5-day cure period will obligate Plaintiff to pay $100,000 minus any amounts already paid, to satisfy the cost/fee/interest obligation.
- The Court will retain jurisdiction to enforce the settlement agreement.

Court takes another brief recess. Court notes it cannot obligate the district judge to retain jurisdiction to settle disputes arising under the settlement agreement.

Parties indicate they wish to consent to magistrate jurisdiction

Parties intend to file a written consent to magistrate jurisdiction and a motion to dismiss the case with prejudice, with the Court's continued jurisdiction over the settlement agreement.

Court in recess.